Case 1:23-mr-00897-BPB   Document 1   Filed 04/14/23   Page 1 of 2

FILED
United States District Court
Albuquerque, New Mexico
Mitchell R. Elfers
Clerk of Court

23mr897

No. 2023R01017
US v. Desmond Begay

Page 1 (Pages 1-4)

Telephonic Search Warrant
April 14, 2023

### Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW MEXICO
 2
 3   UNITED STATES OF AMERICA,
 4      Plaintiff,
 5   vs.              No. 2023R01017
 6   DESMOND BEGAY,
 7      Defendant.
 8
 9
10
11
12
13           TELEPHONIC SEARCH WARRANT
                  April 14, 2023
14
15
16
17   PARTIES ON TELEPHONE CALL:
18        FEDERAL MAGISTRATE JUDGE B. PAUL BRIONES
          SPECIAL AGENT MARK SPENCER
19
20
21
22
23
24
25
```

### Page 2

 1          THE COURT:  It is April the 14th, 2023.
 2   I am Federal Magistrate Judge in the District of
 3   New Mexico B. Paul Briones.  I am on a telephone call
 4   with an FBI agent.
 5          Would you please state your name for the
 6   record?
 7          FBI SA SPENCER:  Special Agent Mark Spencer.
 8          THE COURT:  Agent Spencer, I understand that
 9   you are seeking an emergency oral warrant for search
10   warrants today; is that correct?
11          FBI SA SPENCER:  Yes, sir.
12          THE COURT:  What crimes are you
13   investigating, please?
14          FBI SA SPENCER:  The crimes that I am
15   looking at today are 18 USC 1153, offenses committed
16   within Indian Country and 18 USC 1112, involuntary
17   manslaughter.
18          THE COURT:  All right.  I'm going to ask you
19   to raise your right hand.
20          Do you swear or affirm the statements that you
21   are going to provide will be true and correct to the
22   best of your knowledge?
23          FBI SA SPENCER:  Yes.
24          THE COURT:  All right.  You may put your
25   hand down.

### Page 3

 1          I'll ask you to please tell me the factual
 2   basis that you believe establishes probable cause for
 3   these search warrants.  You may begin.
 4          FBI SA SPENCER:  Yes, sir.  Today at
 5   approximately 12:36 this afternoon, the Navajo Police
 6   Department received an emergency call about a vehicle
 7   accident that took place at mile marker 2 and a half on
 8   Route 11 in Pinedale, New Mexico, which is within the
 9   exterior boundaries of the Navajo reservation.
10          The three vehicles that were involved:  The
11   first vehicle was a 2019 Dodge Grand Caravan, New
12   Mexico plate 224WZD.  The VIN was 2C4RDGEQ4KR764985.
13          The second vehicle, the subject vehicle, was a
14   2018 silver Chevy Malibu, New Mexico plate RBX654, the
15   VIN 1G1ZB5ST4JF228466.
16          The third vehicle is a 2007 gray Toyota Tundra,
17   California plate 66261Z1, VIN 5TBDV54157S483097.
18          The circumstances:  The Dodge Grand Caravan was
19   being followed by the Chevy Malibu.  The Chevy -- the
20   Dodge Grand Caravan was struck from behind by the Chevy
21   Malibu, causing the Chevy Malibu to go sideways into
22   oncoming traffic.  The oncoming traffic was a gray
23   Toyota Tundra.  That Tundra struck that middle vehicle.
24          As emergency personnel responded, there were two
25   that were declared deceased on scene, a Jane Doe and a

### Page 4

 1   John Doe.  The John Doe was a juvenile.
 2          The middle vehicle that was struck also had
 3   four other juveniles within the vehicle.  All were
 4   transported to Gallup Medical Indian -- GIMC, the --
 5   the Indian Hospital there in Gallup.
 6          The driver of the subject vehicle was Desmond
 7   Begay with a year of birth of '02.  He had two
 8   passengers with him that were also transported to GIMC.
 9   The 2017 gray Toyota Tundra had one driver who was
10   transported to GIMC, as well.
11          So as I said, sir, two deceased on scene.
12          THE COURT:  All right.  Well, I find, by
13   those facts, probable cause sufficient that there may
14   have been the crime of involuntary manslaughter
15   occurring within Indian Country as that is defined.
16          Tell me what it is you're wanting to search,
17   please.
18          FBI SA SPENCER:  Yes, sir.  The three
19   vehicles I would like to search and get the event data
20   records, the EDR box, for each three of those vehicles.
21          The subject vehicle, Desmond Begay made a
22   statement to responding fire department personnel that
23   he had been drinking.
24          So I would also like to search for alcoholic
25   containers and also any drug paraphernalia that may

Page 5

1  exist within that subject vehicle.
2       The exigency that I am requesting for these is
3  due to the rural location.  Traffic is completely
4  stopped.  This is a road that -- this is the only way
5  that many people can get to and from home.  And so that
6  is the exigency behind getting this oral warrant, sir.
7       THE COURT:  All right.  Well, I find that
8  the exigency is sufficiently stated.  I'll note also
9  that the fact that the blood draw is also time
10 sensitive.
11      As a result, I find, as I said, probable cause
12 that based on those statements and what you're seeking
13 to search is reasonably related to the probable cause
14 statement that you've given.
15      I'm going to instruct you to prepare, if you
16 haven't already, four separate search warrants, one for
17 each vehicle.
18      The subject vehicle with the driver who
19 admitted to the alcohol use, you may include in that
20 search warrant not just the data recorder but also for
21 information, as you indicated, that may relate and be
22 evidence of alcohol and/or other drug use and
23 consumption.
24      And then the fourth search warrant would be for
25 the authorization for you to take a blood draw from

Page 6

1  this Desmond Begay, year of birth, I think you said,
2  2002.
3       I will instruct you to fill out those search
4  warrants as I just stated, and then you may put my name
5  as B as in boy, Brian -- Paul Briones -- B. Paul
6  Briones.  You may say, "Signed at the direction of
7  Judge Briones," and sign the name for me.
8       I'm going to direct that you have this -- once
9  those are completed at your earliest, send them to me
10 for review, even by photo, and email them to me.  But
11 then submit those to the Court for a cause number to be
12 issued at the earliest convenience, so tomorrow.
13      Finally, I'll direct that you take the
14 transcript of this tape recording -- or the tape
15 recorder and have it transcribed and attach a
16 transcription to each of the search warrant
17 applications that you're filling out and then submit to
18 me the search warrants, the application, and the
19 transcribed tape recording for my review.  And you will
20 also need to review it.
21      Do you need any further instruction from me,
22 Agent Spencer?
23      FBI SA SPENCER:  No, sir.  I will get these
24 filled out and get them over to you as soon as
25 possible.

Page 7

1       THE COURT:  All right.  Thank you very much.
2  We'll go ahead and let you turn off the recorder at
3  this time.
4       [End of call.]

Page 8

1       REPORTER'S CERTIFICATE
2       I, Jenifer L. Russin, CCR #182, a Certified
3  Court Reporter, do hereby certify that the proceedings
4  of the above-entitled cause were transcribed by me
5  stenographically, and that the within transcript is a
6  true and accurate transcription of my shorthand notes.
7       I FURTHER CERTIFY that I am neither an attorney
8  nor counsel for, nor related to or employed by any of
9  the parties to the action, and that I am not a relative
10 or employee of any attorney or counsel employed by the
11 parties hereto, or financially interested in the
12 action.

16      Jenifer L. Russin, RDR, CRR
        Certified Court Reporter #182
17      License Expires:  12/31/2023